**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | No. C -05-2935 MEJ |
| Plaintiff, | |
| vs. | **CASE REFERRED TO CHIEF MAGISTRATE JAMES LARSON FOR SETTLEMENT** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

This matter is hereby referred to Chief Magistrate James Larson for Settlement.  The Parties are to contact Chief Magistrate Larson's Chambers in order to obtain a settlement date.

IT IS SO ORDERED.

Dated: November 9, 2005

MARIA ELENA JAMES
United States Magistrate Judge