JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:  (510) 848-5819
Email:  jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | ) CASE NO C05-2935 MEJ |
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiffs, | ) **EXTENDING DEADLINES FOR** |
| | ) **COMPLETION OF FACT AND EXPERT** |
| vs. | ) **DISCOVERY** |
| | ) |
| CITY OF OAKLAND, et al, | ) Trial Date: February 12, 2007 |
| | ) Pretrial Conf. Date: February 8, 2006 |
| Defendants. | ) |
| | ) |

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR FACT/EXPERT DISCOVERY    C05-2935 MEJ       1

WHEREAS, the parties believe that a significant amount of additional fact discovery will need to be completed in order to be able to comply with the F.R.C.P. 26 expert witness disclosure requirements and that it is unlikely that the remaining discovery can be completed sufficiently in advance of the current July 17, 2006 expert disclosure deadline;

WHEREAS the parties believe that expert witness disclosure and discovery should proceed following the completion of fact discovery so that the parties' respective experts may be able to fully comply with the F.R.C.P. 26 expert report requirements; and

WHEREAS the parties have worked cooperatively heretofore in the discovery process heretofore and anticipate that they will be able to complete the fact and expert discovery by the proposed deadlines in this Stipulation so that the completion of the discovery will not interfere with the parties' ability to comply with the other deadlines set forth in the Case Management Order,

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE AND RESPECTFULLY REQUEST THAT the deadlines set forth in the Court's Case Management Order be modified as follows:

1. Fact discovery cut-off: September 8, 2006, with the depositions of Sgt. Kelly, Officers Cardoza, Rojas, OPD "persons most knowledgeable" and the plaintiff to be completed in August 2006;

2. Expert witness disclosure and disclosure of expert witness reports: October 13, 2006;

3. Rebuttal expert witness disclosure: October 23, 2006;

4. Expert witness discovery cut-off: November 30, 2006.

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR FACT/EXPERT DISCOVERY    C05-2935 MEJ    2

All other deadlines set forth in the Court's Case Management Order will remain the same, including the dates for the trial, pretrial and preparation of trial documents.

IT IS SO STIPULATED:

Dated: June 9, 2006                          _____s/s_____
                                             JULIE M. HOUK
                                             Attorney for Plaintiffs

Dated: June 9, 2006                          _____s/s_____
                                             ARLENE ROSEN
                                             Attorney for Defendants

PURSUANT TO STIPULATION,
IT SO ORDERED:

Dated: June  14 , 2006                       _____
                                             MARIA ELENA JAMES
                                             Magistrate Judge, United States
                                             District Court

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR FACT/EXPERT DISCOVERY    C05-2935 MEJ     3