JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:  (510) 848-5819
Email:  jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | ) CASE NO C05-2935 MEJ |
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiffs, | ) **EXTENDING DEADLINES FOR** |
| | ) **COMPLETION OF EXPERT** |
| vs. | ) **DISCOVERY** |
| | ) |
| CITY OF OAKLAND, et al, | ) Trial Date: February 12, 2007 |
| | ) Pretrial Conf. Date: February 8, 2006 |
| Defendants. | ) |
| | ) |

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR EXPERT DISCOVERY    C05-2935 MEJ      1

WHEREAS, the parties are currently scheduled to attend a settlement conference before the Honorable James Larson on October 6, 2006, and

WHEREAS the parties believe that it would facilitate settlement discussions if they had additional time to complete expert discovery and were not required to incur substantial expert expenses prior to the settlement conference,

THE PARTIES DO HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE deadline for disclosure of expert witnesses and expert witness reports be extended to November 20, 2006, that the deadline for disclosure of rebuttal expert witnesses be extended to December 1, 2006, and that the deadline for completion of expert discovery be extended to December 29, 2006.  All other deadlines set forth in the Court's Case Management Order will remain the same, including the dates for the trial, pretrial and preparation of trial documents.

IT IS SO STIPULATED:


Dated: September 29, 2006           _____/S/_____
                                    JULIE M. HOUK
                                    Attorney for Plaintiff


Dated:  October 4, 2006             _____/S/_____
                                    ARLENE ROSEN
                                    Attorney for Defendants

PURSUANT TO STIPULATION,
IT SO ORDERED:

Dated:  October 19 , 2006           _____
                                    MARIA ELENA JAMES
                                    Magistrate Judge, United States
                                    District Court

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR EXPERT DISCOVERY    C05-2935 MEJ       2