JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752, Ext. 2
Facsimile: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | ) CASE NO C05-2935 MEJ |
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiffs, | ) **EXTENDING DEADLINES FOR** |
| | ) **COMPLETION OF EXPERT** |
| vs. | ) **DISCOVERY** |
| | ) |
| CITY OF OAKLAND, et al, | ) Trial Date: February 12, 2007 |
| | ) Pretrial Conf. Date: February 8, 2006 |
| Defendants. | ) |

WHEREAS, plaintiff had intended to disclose Frank Saunders as his police practices expert pursuant to F.R.C.P. 26; whereas plaintiff's counsel has learned that Mr. Saunders is now deceased; and whereas plaintiff needs additional time to retain police practices expert(s) for trial;

IT IS HEREBY STIPULATED AND AGREED THAT the deadline for disclosure of expert witnesses and for completion of expert discovery should be extended as set forth

STIPULATION AND ORDER RE: EXTENDING
DEADLINES FOR EXPERT DISCOVERY   C05-2935 MEJ    1

below:

1. Deadline to Disclose Identity of Experts and Expert Report: December 15, 2006;
2. Deadline to Disclose Rebuttal Expert and Rebuttal Expert Reports: January 10, 2007
3. Deadline to Complete Expert Depositions: January 19, 2007.

IT IS SO STIPULATED:

Dated: November 13, 2006

_____
JAMES B. CHANIN
Attorney for Plaintiff

Dated: November 13, 2006

_____
ARLENE ROSEN
Attorney for Defendants

PURSUANT TO STIPULATION,
IT SO ORDERED:

Dated: November 17, 2006

_____
MARIA ELENA JAMES
Magistrate Judge of the United States
District Court

[GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California]

STIPULATION AND ORDER RE: EXTENDING