IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF OAKLAND, et al.,<br><br>      Defendants.<br>_____/ | No. C-05-2935 MEJ<br><br>**ORDER SCHEDULING STATUS CONFERENCE FOR DECEMBER 14, 2006 AT 10:00 A.M.** |

     The Court ORDERS the parties to appear for a status conference in this action on December 14, 2006, at 10:00 a.m. The Status conference will take place in Courtroom B, 450 Golden Gate Avenue, 15th Floor, San Francisco, California. Should the parties settle the case prior to December 14, 2006, they shall inform the Court immediately so that the status conference can be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 27, 2006

                                              MARIA-ELENA JAMES<br>                                              United States Magistrate Judge