```
1   JAMES B. CHANIN (SBN# 76043)
    JULIE M. HOUK   (SBN# 114968)
2   Law Offices of James B. Chanin
    3050 Shattuck Avenue
3   Berkeley, California  94705
    Telephone: (510) 848-4752
4   Facsimile: (510) 848-5819

5   Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  UGANDA KNAPPS,                ) CASE NO. C05-2935 MEJ
                                  )
11                                )
              Plaintiff,          ) STIPULATION AND [PROPOSED]
12                                ) ORDER WAIVING JURY TRIAL
                                  )
13                                )
    vs.                           )
14                                ) Trial Date: 2/12/2007
    CITY OF OAKLAND, et al.,      )
15                                )
              Defendants.         )
16                                )
    _____)
17
```

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY AGREE AND STIPULATE THAT all parties in the above-entitled action have agreed to waive a jury trial and do hereby consent to a Court Trial before the Honorable Maria-

FIRST SET OF RFPS   CASE NO. C05-2935 MEJ                    1

```
                       Elena James.
1
                       IT IS SO STIPULATED:
2
                       Dated: November 20, 2006            _____/s/_____
3                                                           JAMES B. CHANIN
                                                            Attorney for Plaintiff
4
                       Dated: November 20, 2006            _____/s/_____
5                                                           ARLENE ROSEN
                                                            Attorney for Defendants
6
                       PURSUANT TO STIPULATION,
7                      IT IS SO ORDERED:

8                      Dated: November 27  , 2006          _____
                                                            MARIA-ELENA JAMES
9                                                           Magistrate Judge of the
                                                            United States District Court
10
```

GRANTED
Judge Maria-Elena James

FIRST SET OF RFPS   CASE NO. C05-2935 MEJ                                           2