United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | No. C-05-2935 MEJ |
| Plaintiff, | **ORDER VACATING DECEMBER 14, 2006 STATUS CONFERENCE AND DIRECTING PARTIES TO ADDITIONAL SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The Court is in receipt of the Parties Joint Status Conference Statement and hereby continues the December 14, 2006 status conference to Thursday, March 8, 2007, at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

The Court VACATES the trial date and all related pretrial dates in this matter, and ORDERS the parties to an additional Settlement Conference with Chief Judge James Larson.

The Parties' request for a new trial date is hereby DENIED. A new trial date and pretrial deadlines to be set at the March 8, 2007 status conference, if necessary.

.///

///

1 **IT IS SO ORDERED.**

3 Dated: December 13, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge