## CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney  
John A. Russo  
City Attorney  
Arlene M. Rosen  
Senior Deputy City Attorney

December 18, 2006

(510) 238-3601  
FAX: (510) 238-6500  
TTY/TDD: (510) 238-3254  
(510) 238-6392

Honorable James Larson  
United States District Court  
Courtroom F  
Federal Building, 15th Floor  
450 Golden Gate Avenue  
San Francisco, CA  94102

*IT IS SO ORDERED*  
*Judge James Larson*

    Re:  Uganda Knapps v. City of Oakland, et al.  
        United States District Court No. C-05-2935-MEJ  
        Our Case File No. 24596

Dear Judge Larson:

    Pursuant to Judge James' order, the parties have agreed to attend a further Settlement Conference before you on **February 14, 2007** at **2:00 p.m.**  Thank you for the Court's courtesy.

                        Very truly yours,

                        JOHN A. RUSSO  
                        City Attorney

                        By://s//ARLENE M. ROSEN  
                           ARLENE M. ROSEN  
                           Senior Deputy City Attorney

cc: James. B. Chanin, Esq.  
392373