February 6, 2007

**VIA E-FILING AND CHAMBERS COPY**

The Honorable James Larson
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94705

    Re:  *Knapps v. City of Oakland, et al.*
        Case No. C05-2935 MEJ (JL)

*[Stamp: IT IS SO ORDERED /s/ James Larson, Judge James Larson, United States District Court, Northern District of California]*

Dear Judge Larson:

    This office represents the plaintiff, Uganda Knapps, in the above-entitled action. A further settlement conference in this case is currently scheduled before you on February 14, 2007, at 2:00 p.m.

    I am writing to request the Court's permission to allow Mr. Knapps to appear for the settlement conference via telephone.  Mr. Knapps is currently residing in Texas and recently obtained employment there.  It would be an extreme hardship for Mr. Knapps to have to travel to the Bay Area for the settlement conference given these facts.

    On February 6, 2007, I spoke with defendants' counsel, Arlene Rosen, about the plaintiff's desire to appear by telephone. Ms. Rosen had no objection to Mr. Knapps' appearance via telephone at the settlement conference.

    I have worked closely with Mr. Knapps in this case and I believe that I will be able to adequately represent his interests at the settlement conference if he is allowed to appear via the telephone.

    Thank you for your consideration in this matter.

Very truly yours,

    /s/
JAMES B. CHANIN

Cc:  Arlene Rosen

1