IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, | No. C-05-2935 MEJ |
| Plaintiff, | ORDER VACATING THE DATE FOR THE SEPTEMBER 6, 2007 PRE-TRIAL CONFERENCE |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

To the Parties in this case and their attorneys of record. The final pre-trial conference in this matter, which was to take place on September 6, 2007, is hereby vacated. The Court to issue an order rescheduling the final pre-trial conference. Further, the trial in this matter is currently scheduled for September 10, 11, and 12. Those dates are hereby vacated. The Court will issue an order setting new trial dates.

**IT IS SO ORDERED.**

Dated: September 4, 2007

MARIA-ELENA JAMES
United States Magistrate Judge