JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-6392    Fax:  (510) 238-6500
24596/416280

Attorneys for Defendants
City of Oakland, Francisco Rojas
Michael Cardoza and James Kelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; FRANCISCO ROJAS, MICHAEL CARDOZA, and JAMES KELLY, individually and/or acting in their capacities as law enforcement officers for the City of Oakland, DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-05-2935-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S THUNDER ROAD ADOLESCENT TREATMENT CENTER AND CALIFORNIA AUTISM FOUNDATION RECORDS**<br><br>Trial Date:  October 17, 2007 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, DO HEREBY STIPULATE AND AGREE that the records memorializing Plaintiff Uganda Knapps' employment at Thunder Road Adolescent Treatment Center and California Autism Foundation shall not constitute hearsay as set forth in F.R.E. 803; that said records shall be deemed authenticated pursuant to F.R.E. 901; and that neither side shall be required to call any witnesses at trial to testify about the authenticity of these records as a prerequisite to their being admitted into evidence.

///

1  THE PARTIES FURTHER STIPULATE AND AGREE that both sides retain
2  and reserve the right to comment on this evidence, present argument about its meaning,
3  weight and/or importance, and shall retain all other objections they may have about said
4  evidence, including but not limited to its relevance.
5  IT IS SO STIPULATED:
6  DATED: October 5, 2007          OFFICE OF THE CITY ATTORNEY OF OAKLAND
7
                                   By: /s/ Arlene M. Rosen
8                                  ARLENE M. ROSEN
                                   Attorney for Defendants
9                                  City of Oakland, Francisco Rojas
                                   Michael Cardoza and James Kelly
10
11
12 DATED: October 6, 2007          LAW OFFICES OF JAMES B. CHANIN
13
                                   By: /s/ Julie M. Houk
14                                 JULIE M. HOUK
                                   Attorneys for Plaintiff
15                                 Uganda Knapps
16
17                                 **ORDER**
18 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
19
20 DATED: October 10, 2007         _____
                                   MARIA-ELENA JAMES
21                                 United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

26 STIPULATION AND [PROPOSED]                    2                    C-05-2935-MEJ
   ORDER RE: PLAINTIFF'S THUNDER
   ROAD ADOLESCENT TREATMENT
   CENTER AND CALIFORNIA AUTISM
   FOUNDATION RECORDS