1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-6392     Fax:  (510) 238-6500
   24596/419319
5
   Attorneys for Defendants
6  City of Oakland, Francisco Rojas
   Michael Cardoza and James Kelly
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  UGANDA KNAPPS,                              Case No. C-05-2935-MEJ

13           Plaintiff,                         STIPULATION AND [PROPOSED]
                                                ORDER RE: EVIDENCE OF
14      vs.                                     RECORDS RE: MICHAEL FOWLER

15  CITY OF OAKLAND; FRANCISCO ROJAS,           Trial Date:  October 17, 2007
    MICHAEL CARDOZA, and JAMES KELLY,
16  individually and/or acting in their capacities as
    law enforcement officers for the City of
17  Oakland, DOES 1-100, inclusive,

18           Defendants.

19          THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, DO

20  HEREBY STIPULATE AND AGREE that the records memorializing paramedical and

21  medical examination and/or treatment given to Michael Fowler by American Medical

22  Response ("AMR") and Alameda County Medical Center, Highland Campus medical

23  personnel on August 10 and 11, 2004 shall not constitute hearsay as set forth in F.R.E.

24  803; that records shall be deemed authenticated pursuant to F.R.E. 901; and that neither

25  side shall be required to call any witnesses at trial to testify about the authenticity of these

26  records as a prerequisite to their being admitted into evidence.

THE PARTIES FURTHER STIPULATE AND AGREE that both sides retain and reserve the right to comment on this evidence, present argument about its meaning, weight and/or importance, and shall retain all other objections they may have about said evidence, including but not limited to its relevance.

IT IS SO STIPULATED:

DATED: October 5, 2007

OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: /s/ Arlene M. Rosen
ARLENE M. ROSEN
Attorney for Defendants
City of Oakland, Francisco Rojas
Michael Cardoza and James Kelly

DATED: October 5, 2007

LAW OFFICES OF JAMES B. CHANIN

By: /s/ Julie M. Houk
JULIE M. HOUK
Attorneys for Plaintiff
Uganda Knapps

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 10, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION AND [PROPOSED] ORDER RE: EVIDENCE OF RECORDS RE: MICHAEL FOWLER

2

C-05-2935-MEJ