JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392    Fax: (510) 238-6500
24596/419429

Attorneys for Defendants
City of Oakland, Francisco Rojas
Michael Cardoza and James Kelly

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND; FRANCISCO ROJAS, MICHAEL CARDOZA, and JAMES KELLY, individually and/or acting in their capacities as law enforcement officers for the City of Oakland, DOES 1-100, inclusive, <br><br> Defendants. | Case No. C-05-2935-MEJ <br><br> STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S KAISER HOSPITAL, PERMANENTE MEDICAL GROUP, ALAMEDA COUNTY MEDICAL CENTER, KUN CHIROPRACTIC AND UNINSURED EMPLOYER'S FUND RECORDS AND BILLING STATEMENTS <br><br> Trial Date: October 17, 2007 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, DO HEREBY STIPULATE AND AGREE that Plaintiff Uganda Knapps' Kaiser Hospital, Permanente Medical Group and Alameda County Medical Center Records obtained pursuant to subpoenas executed October 11, 2005 and September 9, 2005, respectively; Kun Chiropractic records; the billing records for Plaintiff's treatment by Kaiser Permanente Medical Group, Alameda County Medical Center and Kun Chiropractic; and the compromise of Dr. Kun's billing by the State of California Uninsured Employer's Fund, shall not constitute hearsay as set forth in F.R.E. 803; that said records shall be deemed

1  authenticated pursuant to F.R.E. 901; and that neither side shall be required to call any
2  witnesses at trial to testify about the authenticity of these records as a prerequisite to their
3  being admitted into evidence.
4     THE PARTIES FURTHER STIPULATE AND AGREE that both sides retain
5  and reserve the right to comment on this evidence, present argument about its meaning,
6  weight and/or importance, and shall retain all other objections they may have about said
7  evidence, including but not limited to its relevance.
8  IT IS SO STIPULATED:
9  DATED: October 5, 2007          OFFICE OF THE CITY ATTORNEY OF OAKLAND

10
                                   By: /s/ Arlene M. Rosen
11                                     ARLENE M. ROSEN
                                       Attorney for Defendants
12                                     City of Oakland, Francisco Rojas
                                       Michael Cardoza and James Kelly
13

14
15 DATED: October 5, 2007          LAW OFFICES OF JAMES B. CHANIN

16
                                   By: /s/ Julie M. Houk
17                                     JULIE M. HOUK
                                       Attorneys for Plaintiff
18                                     Uganda Knapps

19
                                   **ORDER**
20
21 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
22
23 DATED: October 10, 2007         _____
                                   MARIA-ELENA JAMES
24                                 United States Magistrate Judge

25

26
   STIPULATION AND [PROPOSED]                2                    C-05-2935-MEJ
   ORDER RE: PLAINTIFF'S KAISER
   HOSPITAL, PERMANENTE MEDICAL
   GROUP AND ALAMEDA COUNTY
   MEDICAL CENTER RECORDS