```
 1 | JOHN A. RUSSO, City Attorney - State Bar #129729
   | RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
 2 | WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   | ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
 3 | One Frank H. Ogawa Plaza, 6th Floor
   | Oakland, California  94612
 4 | Telephone:  (510) 238-6392        Fax:  (510) 238-6500
   | 24596/420115
 5 |
   | Attorneys for Defendants
 6 | CITY OF OAKLAND, et al.
 7 |
 8 |
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UGANDA KNAPPS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND; FRANCISCO ROJAS, MICHAEL CARDOZA, and JAMES KELLY, individually and/or acting in their capacities as law enforcement officers for the City of Oakland, DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C-05-2935-MEJ<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER GRANTING COUNSEL TO BRING ELECTRONIC AND RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL 10/17/07 THROUGH CONCLUSION AND JOINDER IN PLAINTIFF'S EX PARTE APPLICATION FOR ORDER THEREON** |
|---|---|

## EX PARTE APPLICATION AND JOINDER IN PLAINTIFF'S EX PARTE APPLICATION

      I, ARLENE M. ROSEN, declare:

      1.    I am an attorney licensed to practice before all courts in the State of California and this Court. I am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, attorney of record for defendants in this action.

      2.    Defendants' counsel joins in the request by plaintiff's counsel, and separately makes such request on their own behalf, that they be permitted to bring the following equipment into Courtroom B, 15th Floor, United States District Court, 450 Golden

Gate Avenue, San Francisco, California for the duration of the trial in the above-entitled action, set to commence on October 17, 2007:

    1.    Digital voice recorder/player;

    2.    Tape recorder/player;

    3.    CD Rom/DVD player and speakers.

Said equipment will be used only for the purpose of demonstrative, evidentiary and/or other appropriate purposes as allowed by the Court during the course of trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of October, 2007 at Oakland, California.

_____
ARLENE M. ROSEN

## ORDER

Having considered the ex parte application above, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendants' counsel shall have leave to bring the following equipment to the trial of the above-captioned matter, to be held in Courtroom B, 15th Floor of the United States District Court, for the duration of the trial:

    1.    Digital voice recorder/player;

    2.    Tape recorder/player;

    3.    CD Rom/DVD player and speakers.

DEFENDANTS' EX PARTE APPLICATION FOR
ORDER GRANTING COUNSEL TO BRING ELECTRONIC
AND RELATED EQUIP. INTO THE COURTROOM FOR
TRIAL 10/17/07 THROUGH CONCLUSION AND JOINDER
IN PL'S EX PARTE APPLICATION FOR ORDER THEREON

2

C-05-2935-MEJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

This order shall remain in effect until the conclusion of the trial.

**IT IS SO ORDERED.**

DATED: October 10, 2007

_____
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*