1  JAMES B. CHANIN (SBN# 76043)
2  JULIE M. HOUK   (SBN# 114968)
   Law Offices of James B. Chanin
3  3050 Shattuck Avenue
   Berkeley, California  94705
4  Telephone: (510) 848-4752, Ext. 2
   Facsimile:  (510) 848-5819
5  Email:  jbcofc@aol.com

6

7  Attorneys for Plaintiff

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  UGANDA KNAPPS,                    ) CASE NO C05-2935 MEJ
                                      )
13                                    ) **STIPULATION AND [PROPOSED] ORDER**
14         Plaintiffs,                ) **REGARDING TESTIMONY OF DURAND**
    vs.                               ) **BEGAULT, PH.D., CD ROM OF**
15                                    ) **ENHANCED AUDIO TAPE AND**
                                      ) **TRANSCRIPT**
16                                    )
17  CITY OF OAKLAND, et al,           ) Trial Date: 10/17/07
                                      )
18         Defendants.                )
                                      )
19  ─────────────────────────

20         WHEREAS, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE
21  COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT if Durand
22
    Begault, Ph.D. was called to testify at the trial in the above-entitled action, he would
23
24         1) qualify as an expert in the enhancement of audio tape evidence;

25         2) testify about the methods and procedures he used to enhance the copy of the audio
26
    tape of the plaintiff's "911" cell phone conversation with Oakland Police dispatch which had
27

28
    STIPULATION AND ORDER RE: DURAND BEGAULT    C05-2935 MEJ       1

been subpoenaed by plaintiff's counsel from the California Department of Social Services which was used at the administrative hearing of the plaintiff's appeal from the accusation of the Department of Social Services;

3) that Dr. Begault prepared a copy of said enhancement on a CD-Rom and that said CD Rom shall be admitted into evidence as properly authenticated; and

4) that Dr. Begault would also testify that he prepared a transcript of said tape which is attached and incorporated herein by reference as Exhibit A and that the transcript reflects his best efforts to transcribe the tape.  However, the parties recognize that the Court will ultimately decide what is said on the tape and its import in this case.  The parties further agree that the transcript shall be deemed properly authenticated.

.    THE PARTIES FURTHER STIPULATE AND AGREE THAT the aforementioned CD Rom of the enhanced audio tape prepared by Durand Begault, Ph.D. and the transcript that he prepared with respect to said tape shall be admitted into evidence at the trial in the above-entitled action and that neither party shall be required to call Dr. Begault to testify at the trial to authenticate either the CD Rom or the transcript in order for them to be admitted into evidence.

THE PARTIES FURTHER STIPULATE AND AGREE THAT they shall not waive any right they respectively have to argue or comment on this evidence at trial.

IT IS SO STIPULATED:

Dated: October 5, 2007                    _____/S/_____
                                          JULIE M. HOUK
                                          Attorney for Plaintiff

STIPULATION AND ORDER RE: DURAND BEGAULT    C05-2935 MEJ    2

1

2   Dated: October 5, 2007                    _____/S/_____
                                              ARLENE ROSEN
3                                             Attorney for Defendants
    PURSUANT TO STIPULATION,
4   IT SO ORDERED:

5   Dated: October 10, 2007                   _____
                                              MARIA ELENA JAMES
6                                             Magistrate Judge, United States
                                              District Court
7

*IT IS SO ORDERED — Judge Maria-Elena James*

STIPULATION AND ORDER RE: DURAND BEGAULT    C05-2935 MEJ    3