UNITED STATES DISTRICT COURT

Northern District of California

KNAPPS

                Plaintiff(s),                    No. C 05-02935 MEJ

  v.

CITY OF OAKLAND ET AL                JUDGMENT

                Defendant(s).
_____/

     On August 3, 2009, the Court entered its Findings of Fact and Conclusions of Law in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff in part and in favor of Defendants in part as detailed in the findings of fact and conclusions of law. The Clerk of Court shall close the file in this matter.

     **IT IS SO ORDERED.**

Dated: August 3, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge