JOHN A. RUSSO, City Attorney, SB #129729
RANDOLPH W. HALL, Chief Assistant City Attorney, SB #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney, SB #121266
ARLENE M. ROSEN, Senior Deputy City Attorney, SB #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392
Facsimile: (510) 238-6500
24596/595124

Attorneys for Defendants
CITY OF OAKLAND, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UGANDA KNAPPS,

Plaintiff,

vs.

CITY OF OAKLAND; FRANCISCO ROJAS, MICHAEL CARDOZA, and JAMES KELLY, individually and/or acting in their capacities as law enforcement officers for the City of Oakland, DOES 1-100, inclusive,

Defendants.

Case No. C-05-2935-MEJ

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE FOR MOTION FOR ATTORNEYS' FEES**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, DO HEREBY STIPULATE AND AGREE to extend the deadline for filing Plaintiff's Motion for Fees from October 2, 2009 to **November 5, 2009.** The parties also agree that any extension of this filing deadline does not affect any interest on the judgment to which Plaintiff may be entitled.

Good cause exists for this extension, as it will give the parties the opportunity to discuss possible settlement and will afford the Oakland City Council time to review and approve this matter, including any settlement recommendations by the City Attorney.

IT IS SO STIPULATED.

DATED: September 17, 2009

LAW OFFICES OF JAMES B. CHANIN

By: /s/
JULIE M. HOUK
Attorneys for Plaintiff
Uganda Knapps

DATED: September 17, 2009

OFFICE OF THE CITY ATTORNEY

By: /s/
ARLENE M. ROSEN
Attorney for Defendants
City of Oakland, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: September 18, 2009

UNITED STATES MAGISTRATE JUDGE