```
JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK    (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF OAKLAND, et al.,<br><br>          Defendants. | Case No.: C05-2935 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEYS' FEES AND COSTS TO FEBRUARY 11, 2010** |

   WHEREAS, the parties appear to have reached a tentative settlement of the entire action which is subject to the approval of the City of Oakland City Council;

   WHEREAS, the parties wish to avoid incurring additional attorneys' fees and expenses pending the review of the settlement by the City of Oakland City Council;

   WHEREAS, the parties previously stipulated to extend the deadline for Plaintiff to file a motion for attorneys' fees and costs to November 5, 2009;

   WHEREAS, the parties now expect that the settlement will be finalized by no later than December 12, 2009, but agree that Plaintiff should be given additional time in which to file a

Knapps v. City of Oakland, et al.. Case No.:  C05-2935 MEJ
Stipulation and Proposed Order Extending Time for Plaintiff's Fee/Cost Motion

. - 1

1  motion for his attorneys' fees and costs to February 11, 2010 in the event that the settlement is
2  not approved by the Oakland City Council for any reason by December 12, 2009;
3       THE PARTIES STIPULATE AND AGREE THAT the deadline for Plaintiff to file a
4  motion for his attorneys' fees and costs shall be extended from November 5, 2009, to February
5  11, 2010.  Said motion shall only be filed in the event that the settlement is not approved by the
6  Oakland City Council by December 12, 2009.

IT IS SO STIPULATED:

Dated: October 14, 2009                       _____/S/_____
                                                                               RANDOLPH HALL
                                                                               Attorney for Defendants

Dated: October 14, 2009                       _____/S/_____
                                                                               JULIE M. HOUK
                                                                               Attorney for Plaintiff

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:  _____October 15_____, 2009      _____
                                                                                                                  MARIA ELENA JAMES
                                                                                                                   Magistrate Judge of the
                                                                                                                   United States District Court